Laurence D. King (SBN 206423)
Linda M. Fong (SBN 124232)
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
Email: lking@kaplanfox.com
       lfong@kaplanfox.com

*Attorneys for Plaintiff Debra F. Charles*

[Additional counsel listed on signature block]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA F. CHARLES, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> GRANT EVANS, JAMES E. OUSLEY, STEVEN HUMPHREYS, JAMES W. FRANKOLA, ROBERT J. BRANDEWIE, DAVID B. WRIGHT, BRAD BOSTON, ACTIVIDENTITY CORP., ASSA ABLOY INC. AND FITAQUISITION, INC., <br><br> Defendants. | Case No.: CV 10-5322-JCS_____ <br><br> CLASS ACTION <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1  NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Debra F. Charles voluntarily dismisses without prejudice the above-entitled action against Defendants Grant Evans, James E. Ousley, Steven Humphreys, James W. Frankola, Robert J. Brandewie, David B. Wright, Brad Boston, ActivIdentity Corp., Assa Abloy Inc. and FitAcquisition, Inc. (collectively "Defendants"). This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

DATED: March 2, 2011

Respectfully submitted,

KAPLAN FOX & KILSHEIMER LLP

By:     /s/Linda M. Fong
Laurence D. King (SBN 206423)
Linda M. Fong (SBN 124232)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
lking@kaplanfox.com
lfong@kaplanfox.com

Joshua M. Lifshitz
Peter D. Bull
BULL & LIFSHITZ, LLP
18 East 41st Street
New York, NY 10017
Telephone: (212) 213-6222
Facsimile: (212) 213-9405
counsel@nyclasslaw.com

*Attorneys for Plaintiff Debra F. Charles*

# PROOF OF SERVICE

I, Kristen M. Weiland, declare that I am over the age of eighteen (18) and not a party to the within action. I am employed in the law firm of Kaplan Fox & Kilsheimer LLP, 350 Sansome Street, Suite 400, San Francisco, California 94104.

On March 2, 2011, I used the Northern District of California's Electronic Case Filing System, with the ECF registered to Linda M. Fong to file the following document:

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service. The parties served by e-mail in this case are found on the Court's Electronic Mail Notice List. The following are those who are currently on the list to receive e-mail notices for this case:

**Electronic Mail Notice List**

- **Linda M. Fong**
  lfong@kaplanfox.com,kweiland@kaplanfox.com
- **Laurence D. King**
  lking@kaplanfox.com,kweiland@kaplanfox.com

**Manual Service List**

There are no manual recipients for service on this action.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed  March 2, 2011  at San Francisco, California.

Kristen M. Weiland

**Attestation of filer pursuant to General Order No. 45.X.B**.

Given that the filer of this document has no access to a PDF scanner, today, the filer shall maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).